UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRYL CHATMAN, ) No. CV 14-5896 FFM
)
    Petitioner, )
) JUDGMENT
  v. )
)
EDWARD ARNOLD, Acting Warden, )
)
    Respondent. )
)

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 29, 2015

    /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
    United States Magistrate Judge